# Morgan Lewis

> Application granted.  Conference is adjourned until April 16, 2021 at 12:30 pm.
>
> SO ORDERED.
>
> New York, New York      /s/ John G. Koeltl
> February 22, 2021       John G. Koeltl
>                         U.S.D.J.

**Michael F. Fleming**
+1.212.309.6207
Michael.fleming@morganlewis.com

February 18, 2021

<u>Via ECF</u>

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:   *Paguada v. Xenith, LLC*, No. 1:21-cv-00141-JGK
      <u>Request to Adjourn Conference</u>

Dear Judge Koetl:

We represent defendant Xenith, LLC ("Defendant") in the above-referenced action.  Pursuant to Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Josue Paguada ("Plaintiff"), respectfully to request that the Court adjourn the initial conference scheduled for February 22, 2021 at 2:30 p.m. to a date and time after Defendant's response to the complaint is due, i.e. after March 29, 2021, that is convenient to the Court.  This is Defendant's first request to adjourn the initial conference.

In support of this request, counsel for Defendant states that good cause exists to adjourn the conference because Defendant's time to respond to the complaint has not yet expired.  Additionally, if this request is granted, the parties intend to use the additional time to engage in discussions about a possible early resolution of this action.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060      ☏ +1.212.309.6000
United States                  ✉ +1.212.309.6001