# Morgan Lewis

> Conference is adjourned until May 11, 2021 at 11 am.
>
> SO ORDERED.
>
> New York, New York  /s/ John G. Koeltl
> April 15, 2021  John G. Koeltl
>   U.S.D.J.

**Michael F. Fleming**
+1.212.309.6207
Michael.fleming@morganlewis.com

April 13, 2021

<u>**Via ECF**</u>

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re:  *Paguada v. Xenith, LLC*, No. 1:21-cv-00141-JGK
     <u>Request to Adjourn Conference</u>

Dear Judge Koeltl:

We represent defendant Xenith, LLC ("Defendant") in the above-referenced action.  Pursuant to Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Josue Paguada ("Plaintiff"), respectfully to request that the Court adjourn the Initial Conference scheduled for April 16, 2021 at 12:30 p.m. to a date and time after Defendant's response to the complaint is due – i.e., after April 28, 2021 – that is convenient to the Court.  This is Defendant's second request to adjourn the initial conference.  The Court granted Defendant's prior request to adjourn the initial conference and a separate request to extend Defendant's time to respond to the Complaint.

In support of this request, counsel for Defendant states that the parties are continuing to engage in productive discussions about a possible early resolution of this matter.  If granted, this adjournment will permit the parties to focus on those efforts.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001