# Morgan Lewis

**Michael F. Fleming**
+1.212.309.6207
Michael.fleming@morganlewis.com

June 24, 2021

**Via ECF**

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/25/21

**Re:    *Paguada v. Xenith, LLC*, No. 1:21-cv-00141-JGK**
**Request to Extend Time to File Stipulation of Dismissal**

Dear Judge Koeltl:

We represent defendant Xenith, LLC ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write jointly with counsel for Plaintiff Josue Paguada, to advise the Court that the parties are in the process of finalizing the terms of their written agreement to resolve this matter. According, counsel for the parties respectfully request that the Court extend the parties' time to file a stipulation of dismissal for a period of 30 days, from June 26, 2021 to July 26, 2021. If granted, this extension will permit the parties to finalize their agreement and submit a stipulation of dismissal to the Court. This is the parties' first request for an extension of time to file a stipulation of dismissal.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060          ☏ +1.212.309.6000
United States                                 ℻ +1.212.309.6001