**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUÉ PAGUADA, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>XENITH, LLC ,<br><br>　　　　　　　　　Defendant. | 1:21-cv-00141<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Josué Paguada ("Plaintiff") and Xenith, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: __August 24__, 2021

MARS KHAIMOV LAW, PLLC

By:_____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
Tel: (929) 324-0717
Email: marskhaimovlaw@gmail.com

*Attorneys for Plaintiff*

**SO ORDERED:**

Dated: _____, 2021

MORGAN, LEWIS & BOCKIUS LLP

By:_____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*


_____
United States District Judge